Julia M. Cullinane and Jeremiah Cullinane, her husband, Plaintiffs in Error, v. Gerald Allen by Madame B. Equevilley, Defendant in Error.

### In Banc.

Writ of error to Circuit Court, Duval county; John S. Maxwell, Referee.

A. W. Cockrell & Son for plaintiffs in error.

W. J. Bryan for defendant in error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff, and the defendants take writ of error. The judgment is affirmed.

Decision *Per Curiam.*